DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KRISTIN MOLLOY,**
Appellant,

v.

**GERALD MOLLOY,**
Appellee.

No. 4D2024-1477

[December 11, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen M. Miller, Judge; L.T. Case No. 502021DR003909XXXXNB.

Chet E. Weinbaum of Law Office of Chet E. Weinbaum, Fort Pierce, for appellant.

Jon D. Newman of Rudolph & Associates, LLC, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***